AO 442 (Rev. 11/11) Arrest Warrant

F/D 10857245

RECEIVED

2019 APR 10 PM 12: 23

UNITED STATES MARSHALS
COLUMBIA, SC

# UNITED STATES DISTRICT COURT
for the
DISTRICT OF SOUTH CAROLINA

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 6:19-328 |
| | ) | |
| | ) | |
| | ) | |
| SKIP J. WATSON | ) | |
| Defendant | | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* SKIP J. WATSON ,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Title 18, United States Code, Section 371; Title 18, United States Code, Section 1028A(a)(1);
Title 18, United States Code, Section 1708; Title 18, United States Code, Section 2;
Title 18, United States Code, Section 981(a)(1)(C); Title 18, United States Code, Section 982(a)(2)(B);
Title 18, United States Code, Section 1029(c)(1)(C); Title 28, United States Code, Section 2461(c)

Date: 04/09/0291

s/Jackie Aiken, Deputy Clerk
*Issuing officer's signature*

ROBIN BLUME
CLERK OF COURT
*Printed name and title*

City and state: Greenville, South Carolina

### Return

This warrant was received on *(date)* APR 10 2019, and the person was arrested on *(date)* 04-23-2019
at *(city and state)* Spartanburg, SC.

Date: 04-23-2019

Writ/detainer p/u S/A Parker, USPS
*Arresting officer's signature*

By: Bonnie Walters, Data Analyst
*Printed name and title*