IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE, SOUTH CAROLINA

| UNITED STATES OF AMERICA | ) | CR. NO. 6:19-328 |
|---|---|---|
| | ) | |
| -vs- | ) | MOTION FOR BOND REDUCTION |
| | ) | |
| SKIP J. WATSON | ) | |

Now comes the defendant, Skip Watson, through his attorney, and respectfully moves this Court to set a bond and release him upon such surety as the Court requires.

Defendant was arraigned on April 23, 2019, and charged with Conspiracy to Defraud the United States and two related charges. Defendant agreed to be detained pending the satisfaction of his state bond. Defendant has posted bond in Greenville County and all Spartanburg County charges appear to have been Nolle Prosequi. Upon the state charges being resolved the Defendant requested a bond hearing. On June 12, 2019, a bond hearing was held and the court order Defendant's bond to be set at $100,000.00 secured. The Defendant requests that his $100,000.00 secured bond be lowered to $25,000.00 unsecured.

The Defendant requests a $25,000.00 unsecured bond. The government and the probation office advised Counsel that they are opposed to any change in the Defendant's bond.

Respectfully submitted,

By:     *s/James B. Loggins*
James Barlow Loggins, Assistant Federal Public Defender
75 Beattie Place, Suite 950
Greenville, South Carolina 29601
(864) 235-8714

July 17, 2019

Greenville, South Carolina